UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL P. MCCOY,

        Plaintiff,

v.                                                Case No: 6:19-cv-353-Orl-78DCI

GEICO GENERAL INSURANCE
COMPANY,

        Defendant.
_____/

## ORDER

The Court has been advised by the Notice of Settlement that the above-styled action has been completely settled. (Doc. 46 at 1).

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

**DONE AND ORDERED** in Orlando, Florida on October 1, 2019.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record